IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE: | Chapter 11 |
| SKYBRIDGE SPECTRUM FOUNDATION, | Case No. 16-10626 (CSS) <br> BAP No. 16-38 |
| Debtor. |  |
| SKYBRIDGE SPECTRUM FOUNDATION, | C.A. No. 16-633 GMS |
| Appellant, |  |
| v. |  |
| DR. ARNOLD LONG, |  |
| Appellee. |  |

## ORDER

At Wilmington this __19th__ day of October, 2016, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court (D.I. 9);

IT IS ORDERED that the recommendation is adopted and the parties are directed to submit a proposed briefing schedule to the court no later than **November 21, 2016.**

_____
UNITED STATES DISTRICT JUDGE